██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEANUE DAVIS, Appellant. [652 NYS2d 571] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment

of Wayne County Court, Sirkin, J.—Robbery, 2nd Degree.) Present—Pine, J. P., Lawton, Fallon, Doerr and Balio, JJ.